UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-05-126-RHW-15 |
| Plaintiff, ) | |
| ) | ORDER DENYING DEFENDANT'S |
| v. ) | MOTION TO AMEND |
| ) | |
| BILLY J. THOMPSON, ) | |
| ) | |
| Defendant. ) | |

At the August 9, 2005, hearing on Defendant's Motion to Amend Pretrial Detention Order (Ct. Rec. 123), counsel Robert Fischer appeared with Defendant; Assistant U.S. Attorney Russell Smoot represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, including the Affidavit filed August 23, 2005, and the Supplemental Pretrial Services Report, is unable to conclude that the pretrial detention Order should be modified. The third parties proffered to supply transportation for Defendant to inpatient treatment have criminal histories. Also, it appears that Defendant suffers from mental health problems that would not be addressed by ARC in Seattle. Accordingly,

The Defendant's Motion **(Ct. Rec. 123)** is **DENIED.**

**IT IS SO ORDERED**.

DATED August 24, 2005.

s/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION TO AMEND - 1