PROB 12C
(6/16)

Report Date: July 25, 2017

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 5 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Billy J. Thompson      Case Number: 0980 2:05CR00126-WFN-15

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 30, 2006

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of a Mixture or Substance Containing Cocaine and 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. §§ 846 and 841(a)(1) |
| Original Sentence: | Prison - 140 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire |
| | Date Supervision Commenced: August 27, 2015 |
| Defense Attorney: | Roger Peven |
| | Date Supervision Expires: August 26, 2020 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On July 15, 2015, Billy Joe Thompson signed his conditions of supervised release. Specifically, he acknowledged he understood all of his conditions of supervision to include that he follow the instructions of the probation officer. |
| | On May 4, 2017, Billy Jo Thompson attended a scheduled session with the Eastern District of Washington Sobriety Treatment and Education Program (STEP). He was instructed by the probation officer at that time to remain at a residential reentry center (RRC) following his completion of his jail sanction, until approved by the STEP team for release. |
| | On Monday July 24, 2017, the undersigned officer was notified that Mr. Thompson was being terminated from the Spokane RRC for being aggressive and threatening toward RRC staff. |

Prob12C
Re: Thompson, Billy J
July 25, 2017
Page 2

Specifically, the incident report states the following:

" On 07/24/2017 at approximately 2315 Thompson, Billy Register#: 11136-085 was out of his bunk and walking about the staff hallway on his cell phone. Staff that was located in the staff hallway by the T.V. room instructed Thompson that he is not allowed to be on his cell phone after curfew and that he needs to be in his bed. Thompson replied by saying "Fuck you, can't you see that I'm having major life problems. You need to stay away from or else!" Staff in the control room opened the door and witnessed Thompson standing in front of the security door leading to the front hallway clenching his fists open and closed and clenching his jaw. Thompson looked towards the staff member in the control room and while pointing at the other staff member and said " This piece of shit needs to leave me the fuck alone."

During this altercation an unknown male that Thompson had called to drop off car keys entered the building. Staff told Thompson that the keys will be held in the control room but is not allowed to have contact with this individual. Visiting hours closed at 1600. Thompson entered the front hallway against the order of staff and began talking to the male. Thompson pointed at the staff member in the control room and said" You mother fuckers don't care about me or anyone, you only care about yourselves, you don't give a fuck what happens to me!" Thompson stated multiple times that he's planning on leaving Spokane Residential Re-Entry Center.

After the unknown male left at 2330 a phone call was made to the Assistant Director informing of Thompson's aggressive behavior. Thompson had interrupted the safety and security of the facility by the threats made and belligerent attitude towards staff.

The Assistant Director instructed staff to dismiss Thompson from the facility. At 0000 on 07/24/2017 Thompson had all of his property. On his way out he stopped at the control room window looked at staff and displayed his middle finger and said "Fuck you, you fucking piece of shit, I hope you die a slow and painful death." Staff ordered Thompson out of the facility or the police will be called. Thompson then left property."

Mr. Thompson was not approved for release from the RRC, and his current whereabouts are unknown.

2      **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**:  On  July 15, 2015, Billy Joe Thompson signed his conditions of supervised release. Specifically, he acknowledged he understood all of his conditions of supervision to include that he work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

Billy Jo Thompson was terminated from his employment on June 29, 2017. His employer reported that it was due to his tardiness to work and issues with accountability. He  has since failed to secure and maintain employment.

3      **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**:  On  July 15, 2015, Billy Joe Thompson signed his conditions of supervised release. Specifically, he acknowledged he understood all of his conditions of

Prob12C
Re: Thompson, Billy J
July 25, 2017
Page 3

        supervision to include that he notify the probation officer at least 10 days prior to any change in residence or employment.

        On July 24, 2017, Billy Jo Thompson was terminated from the Spokane RRC. At the time of this report, he has failed to notify the U.S. Probation Office of his current unapproved residence.

4      **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

        **Supporting Evidence**: On July 15, 2015, Billy Joe Thompson signed his conditions of supervised release. Specifically, he acknowledged he understood all of his conditions of supervision to include that he permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer.

        On July 24, 2017, Billy Jo Thompson was terminated from the Spokane RRC. He has failed to provide his probation officer with the location of his current unapproved residence. Subsequently, he is preventing his probation officer from conducting home contacts.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  7/25/2017

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/25/17
Date