PROB 12C
(6/16)

Report Date: September 8, 2017

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Billy J. Thompson | Case Number: 0980 2:05CR00126-RHW-15 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: November 30, 2006

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of a Mixture or Substance Containing Cocaine and 500 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. §§ 846 and 841(a)(1) |
| Original Sentence: | Prison 140 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire |
| | Date Supervision Commenced: August 27, 2015 |
| Defense Attorney: | Roger Peven |
| | Date Supervision Expires: August 26, 2020 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/25/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On July 15, 2015, Billy Joe Thompson signed his conditions of supervised release. Specifically, he acknowledged he understood all of his conditions of supervision to include that he refrain from any unlawful use of a controlled substance. |
| | On July 14, 2017, Billy Jo Thompson submitted a urine specimen at the Spokane Residential Reentry Center. Said specimen was confirmed positive for methamphetamine. |

6  **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: On July 15, 2015, Billy Joe Thompson signed his conditions of supervised release. Specifically, he acknowledged he understood all of his conditions of supervision to include that he enter into and successfully complete an approved substance abuse treatment program.

On July 24, 2017, Billy Jo Thompson was engaged in confrontational behavior with substance abuse treatment staff at Adept Treatment Center. Specifically, staff observed Mr. Thompson on his cell phone in front of the treatment center, and talking to an unknown individual in a vehicle for 20 minutes. He was observed doing this while he was supposed to be in a treatment group session. When confronted with this, Mr. Thompson became upset with staff. He further cursed profanity at staff, and challenged them to a fight. He made threats to staff that he would inflict bodily harm to them given the chance in the future.

Billy Jo Thompson failed to attend scheduled treatment sessions at Adept Treatment Center on July 26, 31, and August 1, 2, 7, 8, 9, 14, 15, 16, and 21, 2017.

7  **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 15, 2015, Billy Joe Thompson signed his conditions of supervised release. Specifically, he acknowledged he understood all of his conditions of supervision to include that he submit to urinalysis testing as directed by the supervising probation officer.

Billy Jo Thompson failed to report for substance abuse testing as directed on August 7, 9, 15, 16, and 21, 2017.

It is respectfully recommended that the Court incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/08/2017

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[ ]     Other

_____
Signature of Judicial Officer

September 12, 2017
Date